IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>PLAINTIFF,<br>v.<br><br>NOKIA CORP.,<br>NOKIA INC.,<br>LG ELECTRONICS INC.,<br>LG ELECTRONICS U.S.A., INC.,<br>LG ELECTRONICS MOBILECOMM U.S.A. INC.<br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC.<br>PALM, INC.,<br>RESEARCH IN MOTION LTD.,<br>RESEARCH IN MOTION CORPORATION,<br>HIGH TECH COMPUTER CORP.,<br>HTC AMERICA, INC.<br>SHARP CORPORATION,<br>SHARP ELECTRONICS CORP.,<br>NINTENDO CO., LTD.,<br>NINTENDO OF AMERICA,<br>                          DEFENDANTS. | CASE NO. 6:07-cv-490 (LED)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF INITIAL DISCLOSURES OF NOKIA CORPORATION AND NOKIA INC.

Defendants Nokia Corporation and Nokia Inc. ("Nokia") hereby notify the Court that pursuant to Federal Rule of Civil Procedure 26(a)(1) and this Court's Discovery Order, they served their Initial Disclosure Statement on all counsel of record on May 21, 2008.

Dated: May 21, 2008                              Respectfully submitted,

                                                 */s/ Diane V. DeVasto*
                                                 Diane V. DeVasto
                                                 State Bar No. 05784100
                                                 dianedevasto@potterminton.com
                                                 **POTTER MINTON**
                                                 A Professional Corporation
                                                 110 N. College, Suite 500
                                                 Tyler, Texas 75702
                                                 Telephone:  903/597-8311
                                                 Facsimile:  903/593-0846

                                                 Alexas D. Skucas
                                                 askucas@kslaw.com
                                                 Steven T. Snyder
                                                 ssnyder@kslaw.com
                                                 **KING & SPALDING LLP**
                                                 1185 Avenue of the Americas
                                                 New York, NY 10036-4003
                                                 Telephone:     (212) 556-2100
                                                 Facsimile:    (212) 556-2222

                                                 **ATTORNEYS FOR DEFENDANTS
                                                 NOKIA CORPORATION AND NOKIA INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 21st day of May 2008. Any other counsel of record will be served by first class mail on this same date.

                                                 */s/ Diane V. DeVasto*
                                                 Diane V. DeVasto