IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>          Plaintiff,<br>     v.<br><br>NOKIA CORP., *et al.*,<br><br>          Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND AND SUPPLEMENT PLAINTIFF'S PATENT RULE 3-1 CONTENTIONS AND DEFENDANTS' PATENT RULE 3-3 CONTENTIONS AND TO AMEND THE DOCKET CONTROL ORDER**

Upon review of the Unopposed Motion for Leave to Amend and Supplement Plaintiff's Patent Rule 3-1 Contentions and Defendants' Patent Rule 3-3 Contentions and to Amend the Docket Control Order, this Court finds that said Motion should be, and hereby is GRANTED.

Accordingly, it is ORDERED that the Motion is GRANTED and that Saxon is GRANTED leave to amend and supplement its P.R. 3-1 infringement contentions and Defendants are GRANTED leave to amend and supplement their P.R. 3-3 invalidity contentions, and that the Docket Control Order will be modified as requested.

**So ORDERED and SIGNED this 16th day of January, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE