IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>       Plaintiff,<br>   v.<br><br>NOKIA CORP., *et al.*,<br><br>       Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**

WHEREAS, Plaintiff Saxon Innovations, LLC ("Saxon") and Defendants and Counterclaim-Plaintiffs High Tech Computer Corporation and HTC America, Inc. (collectively "HTC") have settled Saxon's claims for relief against HTC and HTC's counterclaims for relief against Saxon asserted in this case.

NOW, THEREFORE, Saxon, through its attorney of record, requests this Court to dismiss Saxon's claims for relief against HTC and HTC's counterclaims for relief against Saxon, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

March 30, 2009	Respectfully submitted,

_____
T. John Ward, Jr.
State Bar No. 00794818
**WARD & SMITH LAW FIRM**
111 W. Tyler Street
Longview, Texas  75601
Telephone:  (903) 757-6400
Facsimile:  (903) 757-2323
E-mail:  jw@jwfirm.com

William D. Belanger
BBO# 657184
belangerw@pepperlaw.com
Michael T. Renaud
BBO# 629783
renaudm@pepperlaw.com
Ibrahim M. Hallaj
BBO# 661333
hallaji@pepperlaw.com
Aaron J. Levangie
BBO# 652052
levangiea@pepperlaw.com
(All admitted *pro hac vice*)
Alexandra C. Fennell
BBO#65892
fennella@pepperlaw.com
**PEPPER HAMILTON LLP**
15th Floor, Oliver Street Tower
125 High Street
Boston, Massachusetts 02110-2736
Telephone:  (617) 204-5100
Facsimile:  (617) 204-5150

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 30th day of March, 2009.

                                                  _/s/ Johnny Ward_
                                                  T. John Ward, Jr.