IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>   Plaintiff,<br> v.<br><br>NOKIA CORP., *et al.*,<br><br>   Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS

WHEREAS, Plaintiff, Saxon Innovations LLC ("Saxon") and Defendants Nokia Corp. and Nokia Inc. ("Nokia") (collectively "the Parties") have settled their respective claims for relief asserted in this case.

NOW, THEREFORE, Saxon, through its attorney of record, requests this Court to dismiss all claims asserted by the parties, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

| | |
|---|---|
| May 13, 2009 | Respectfully submitted, |

*/s/ Johnny Ward*
William D. Belanger
BBO# 657184
belangerw@pepperlaw.com
Michael T. Renaud
BBO# 629783
renaudm@pepperlaw.com
Ibrahim M. Hallaj
BBO# 661333
hallaji@pepperlaw.com
Aaron J. Levangie
BBO# 652052
levangiea@pepperlaw.com
(All admitted *pro hac vice*)
Alexandra C. Fennell
BBO#65892
fennella@pepperlaw.com
(Admitted)
**PEPPER HAMILTON LLP**
15th Floor, Oliver Street Tower
125 High Street
Boston, Massachusetts 02110-2736
Telephone:  (617) 204-5100
Facsimile:  (617) 204-5150

T. John Ward, Jr.
State Bar No. 00794818
**WARD & SMITH LAW FIRM**
111 W. Tyler Street
Longview, Texas   75601
Telephone:   (903) 757-6400
Facsimile:  (903) 757-2323
E-mail:  jw@jwfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 13th day of May, 2009.

                                                                _____
                                                                 T. John Ward, Jr.