IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS LLC, | |
| *Plaintiff*, | CIVIL ACTION NO. 6:07-cv-490 LED-JDL |
| v. | |
| NOKIA CORP., ET AL., | JURY |
| *Defendants*. | |

## JOINT MOTION TO DISMISS

Plaintiff Saxon Innovations, LLC ("Saxon") and Defendants LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively, "LGE Defendants") have settled their respective claims for relief asserted in this case.

NOW, THEREFORE, Saxon and LGE Defendants, though their attorneys of record, request this Court to dismiss all claims asserted in this case against each other with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

A proposed Order accompanies this motion.

Dated: August 3, 2009                     Respectfully submitted,

                                          MORGAN, LEWIS & BOCKIUS LLP

                                          By:    /s/ Collin W. Park
                                          Winstol D. Carter, Jr.
                                          State Bar No.  03932950
                                          1000 Louisiana Street, Suite 4200
                                          Houston, Texas 77002
                                          (713) 890-5000 Telephone
                                          (713) 890-5001 Facsimile
                                          wcarter@morganlewis.com

                                          Collin W.  Park (*Admitted Pro Hac Vice*)
                                          1111 Pennsylvania Ave., N.W.
                                          Washington, DC 20004
                                          (202) 739-3000 Telephone
                                          (202) 739-3001 Facsimile
                                          cpark@morganlewis.com

                                          ATTORNEYS FOR DEFENDANTS
                                          LG ELECTRONICS INC.,
                                          LG ELECTRONICS U.S.A., INC., AND
                                          LG ELECTRONICS MOBILECOMM U.S.A., INC.

                                          WARD & SMITH LAW FIRM

                                          By:    /s/ William D. Belanger
                                          T. John Ward, Jr.
                                          State Bar No. 00794818
                                          111 W. Tyler St.
                                          Longview, Texas 75601
                                          (903) 757-6400 Telephone
                                          (903) 757-2323 Facsimile
                                          jw@jwfirm.com

PEPPER HAMILTON, LLP

William D. Belanger (*Admitted Pro Hac Vice*)
Michael T. Renaud (*Admitted Pro Hac Vice*)
Ibrahim M. Hallaj (*Admitted Pro Hac Vice*)
Matthew D. Durell (*Admitted Pro Hac Vice*)
125 High Street, 15th Floor
Boston, MA 02110
(617) 204-5100 Telephone
(617) 204-5150 Facsimile

ATTORNEYS FOR PLAINTIFF
SAXON INNOVATIONS, LLC


## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail on August 3, 2009.

*/s/ Collin W. Park*
Collin W. Park
