IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>  PLAINTIFF,<br>V.<br>NOKIA CORP., *et al.*,<br><br>DEFENDANTS. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF SAXON INNOVATIONS, LLC'S AND DEFENDANT PALM, INC.'S JOINT MOTION FOR EXTENSION OF TIME FOR PALM, INC. TO RESPOND TO PLAINTIFF SAXON INNOVATIONS, LLC'S MOTION FOR LEAVE TO SUPPLEMENT ITS PRELIMINARY INFRINGEMENT CONTENTIONS**

WHEREAS, Plaintiff Saxon Innovations, LLC filed a Motion for Leave to Supplement its Preliminary Infringement Contentions for Defendant Palm, Inc. on August 4, 2009 (Docket Entry No. 319);

WHEREAS, Defendant Palm, Inc.'s response to said motion is due on August 24, 2009;

WHEREAS, the parties have continued to meet and confer regarding the substance of said motion; and

WHEREAS, the parties have submitted a Joint Motion for Extension of Time for Palm, Inc. to Respond to Plaintiff Saxon Innovations, LLC's Motion for Leave to Supplement its Preliminary Infringement Contentions;

IT IS ORDERED THAT the parties' Joint Motion for Extension of Time for Palm, Inc. to Respond to Plaintiff Saxon Innovations, LLC's Motion for Leave to Supplement its Preliminary Infringement Contentions is GRANTED. Palm's response to said motion shall be due on August 31, 2009.

**So ORDERED and SIGNED this 24th day of August, 2009.**

/s/ John D. Love
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE