IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC, <br><br> Plaintiff, <br> v. <br><br> NOKIA CORP., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING SAXON'S UNOPPOSED MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS**

Before the Court is Saxon Innovations, LLC's ("Saxon's") Unopposed Motion for Leave to Amend and Supplement Its Infringement Contentions. After considering the Motion, the Court finds good cause exists pursuant to P.R. 3-6(b) and hereby GRANTS the Motion.

It is therefore ORDERED that Plaintiff Saxon is granted leave to amend and supplement its infringement contentions.

**So ORDERED and SIGNED this 28th day of August, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE