IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>       Plaintiff,<br>  v.<br><br>NOKIA CORP., *et al*.,<br><br>       Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
## LEAVE TO SUPPLEMENT THEIR JOINT INVALIDITY CONTENTIONS

Before the Court is Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Palm, Inc., Research In Motion Ltd., and Research In Motion Corp. (collectively, "Defendants") Unopposed Motion for Leave to Supplement Their Joint Invalidity Contentions. After considering the Motion, the Court finds good cause exists pursuant to P.R. 3-6(b) and hereby GRANTS the Motion.

It is therefore ORDERED that Defendants are granted leave to supplement their Joint Invalidity Contentions to add contentions relating to the prior art identified in Defendants' Motion.

**So ORDERED and SIGNED this 28th day of August, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE