IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>NOKIA CORP., *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING SAXON'S UNOPPOSED MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS AS TO PALM, INC.**

**And**

**ORDER GRANTING SAXON'S UNOPPOSED MOTION TO WITHDRAW ITS PREVIOUSLY OPPOSED MOTION [DE 319]**

　　Before the Court is Saxon's Unopposed Motion for Leave to Amend and Supplement Its Infringement Contentions as to Palm, Inc.  After considering the Motion, the Court finds good cause exists pursuant to P.R. 3-6(b) and hereby GRANTS the Motion.

　　Also before the Court is Saxon's Unopposed Motion to Withdraw its prior motion, filed August 7, 2009, entitled Plaintiff Saxon Innovations, LLC's Motion for Leave to Supplement its Preliminary Infringement Contentions to Defendant Palm, Inc. [DE 319].  After considering the Motion, the Court hereby GRANTS the Motion.

　　It is therefore ORDERED that Plaintiff is granted leave to amend and supplement its infringement contentions and that Plaintiff's previous motion, DE 319, is withdrawn.

　　　　　　　　**So ORDERED and SIGNED this 2nd day of September, 2009.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. LOVE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE