IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>NOKIA CORP., *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

## ORDER

CAME TO BE CONSIDERED the Agreed Motion to Extend Deadlines to Submit Damages Expert Reports. After consideration, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that:

(1) Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Palm, Inc., Research In Motion Ltd. and Research in Motion Corporation (collectively herein "Defendants") will substantially complete their production of all documents and interrogatory responses relevant to damages as outlined in the attached motion by September 11, 2009;

(2) Saxon will serve its damages expert report on October 2, 2009;

(3) Defendants will serve their rebuttal damages expert reports on October 27, 2009;

(4) Expert depositions relating to Saxon's and Defendants' respective damages expert reports may be taken up to and including November 10, 2009; and

(5) Saxon and Defendants will make their damages experts available for deposition on mutually agreeable dates prior to November 10, 2009.

**So ORDERED and SIGNED this 3rd day of September, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE