IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>             Plaintiff,<br>    v.<br><br>NOKIA CORP., *et al.*,<br><br>             Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING SAXON'S UNOPPOSED MOTION FOR LEAVE TO AMEND
AND SUPPLEMENT ITS INFRINGEMENT CONTENTIONS AS TO DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,
AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

Before the Court is Saxon's Unopposed Motion for Leave to Amend and Supplement Its Infringement Contentions as to Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung Defendants"). After considering this Motion, the Court finds good cause exists pursuant to P.R. 3-6(b) and hereby GRANTS the Motion.

It is therefore ORDERED that Plaintiff is granted leave to amend and supplement its infringement contentions to add additional analysis relating to the Samsung products including an ARM11 core, as provided to Samsung on June 26, 2009.

**So ORDERED and SIGNED this 17th day of September, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE