**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SAXON INNOVATIONS, LLC** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:07-CV-490** |
| | § | |
| **NOKIA CORP., et al.** | § | |

**ORDER**

Before the Court is Plaintiff Saxon Innovations, LLC's ("Plaintiff") Sealed Motion to Compel Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Defendants") to Supplement Responses to Interrogatories 1-5 and to Produce Documents (Doc. No. 328). Defendants filed a response (Doc. No. 350) and Plaintiff filed a reply (Doc. No. 357). Having considered the parties' submissions, the Court **GRANTS-IN-PART** Plaintiff's motion. The Court holds the remainder of Plaintiff's motion in abeyance pending a hearing before Judge John D. Love on **October 14, 2009, at 9:30 a.m.** in the courtroom of Judge Steger, 211 W. Ferguson Street, Tyler, Texas. If the parties are able to resolve their discovery dispute prior to that date, they are to inform the Court.

The Court finds that Saxon has shown that some of the requested discovery concerns reasonably similar products to those identified in its infringement contentions. Accordingly, the Court **ORDERS** Defendants, to the extent not already done, to supplement its responses to Interrogatories 1-5 and to produce documents relating to:

1. All products that employ a BlueCore 4 chipset in the manner described in the supplemental infringement contentions

2. All products that employ an Atheros AR2423 chipset in the manner described in the supplemental infringement contentions

      3. All products that employ the MIPS32 4KEc processor in the manner described in the supplemental infringement contentions

      Defendants shall complete the ordered discovery by October 13, 2009.

      **So ORDERED and SIGNED this 24th day of September, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE