# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| SAXON INNOVATIONS, LLC | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 6:07-CV-490 |
| | § | |
| NOKIA CORP., et al. | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge, which contains his recommendation for disposition, has been presented for consideration. (Doc. No. 312). The Magistrate Judge recommended that Defendants Samsung Electronics Co. Ltd, Samsung Electronics America Inc., Samsung Telecommunications America LLC, Palm Incorporated, Research in Motion Ltd, Research in Motion Corporation, Nintendo Co. Ltd, and Nintendo of America's (collectively "Defendants") Motion for Summary Judgment of Invalidity of Claim 1 of U.S. Patent No. 5,247,621 ("the '621 Patent") (Doc. No. 273) be granted. Plaintiff Saxon Innovations, LLC ("Plaintiff") has filed a Motion for Reconsideration of Summary Adjudication of Invalidity of Claim 1 of the '621 Patent (Doc. No. 326). The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. The Court hereby **ADOPTS** the Report of the United States Magistrate Judge as the findings and conclusions of this Court. The motion for reconsideration is **DENIED**.

So ORDERED and SIGNED this 29th day of September, 2009.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**