IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>NOKIA CORP., *et al.*,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

## ORDER

CAME TO BE CONSIDERED the Unopposed Motion for Extension of Time to Submit Rebuttal Non-Infringement Expert Reports as to Nintendo Co. Ltd. and Nintendo of America Inc. After consideration, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED that:

Nintendo is granted an extension of time to and including October 20, 2009, to submit rebuttal expert reports as to non-infringement.

**So ORDERED and SIGNED this 1st day of October, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE