IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>        Plaintiff,<br>  v.<br><br>NOKIA CORP., *et al.*,<br><br>        Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to Substitute Exhibit Y to Quish Declaration filed in support of Saxon's Motion for Adverse Inference or Alternatively Leave to Supplement its Expert Report Regarding Infringement and Damages and for an Award of Costs and Fees Against Samsung Defendants ("Plaintiffs' Motion"). The Court finds the Motion to be well taken.

THEREFORE, IT IS ORDERED THAT Exhibit Y to Motion for Adverse Inference or Alternatively Leave to Supplement its Expert Report Regarding Infringement and Damages and for an Award of Costs and Fees Against Samsung Defendants ("Plaintiffs' Motion") be replaced.

**So ORDERED and SIGNED this 13th day of October, 2009.**

                                                                       JOHN D. LOVE
                                       UNITED STATES MAGISTRATE JUDGE