IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC,<br><br>    PLAINTIFF,<br>V.<br><br>NOKIA CORP., *ET AL.*,<br><br>    DEFENDANTS. | CIVIL ACTION NO. 6:07-CV-490-LED-JDL<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Saxon Innovations, LLC ("Saxon") and Defendants and Counterclaim-Plaintiffs Research In Motion Limited and Research In Motion Corporation (collectively "RIM") have settled Saxon's claims for relief against RIM and RIM's counterclaims for relief against Saxon asserted in this case.

NOW, THEREFORE, Saxon and RIM, through their attorneys of record, request this Court to dismiss Saxon's claims for relief against RIM and RIM's counterclaims for relief against Saxon, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

October 15, 2009                                   Respectfully submitted,

/s/ *Michael T. Renaud*
William D. Belanger
BBO# 657184
belangerw@pepperlaw.com
Michael T. Renaud
BBO# 629783
renaudm@pepperlaw.com
Ibrahim M. Hallaj
BBO# 661333
hallaji@pepperlaw.com
Aaron J. Levangie
BBO# 652052
levangiea@pepperlaw.com
Courtney M. Quish
BBO# 662288
quishc@pepperlaw.com
(All admitted *pro hac vice*)
Alexandra C. Fennell
BBO#65892
fennella@pepperlaw.com
**PEPPER HAMILTON LLP**
15th Floor, Oliver Street Tower
125 High Street
Boston, Massachusetts 02110-2736
Telephone:  (617) 204-5100
Facsimile:  (617) 204-5150

T. John Ward, Jr.
State Bar No. 00794818
**WARD & SMITH LAW FIRM**
111 W. Tyler Street
Longview, Texas   75601
Telephone:   (903) 757-6400
Facsimile:  (903) 757-2323
E-mail:  jw@jwfirm.com

**COUNSEL FOR PLAINTIFF SAXON INNOVATIONS, LLC**

/s/ *Peter J. Chassman*
Peter J. Chassman, Attorney In Charge
Texas Bar No. 00787233
Email:  chassmanp@howrey.com
Tyler T. VanHoutan
Texas Bar No. 24033290
Email: vanhoutant@howrey.com
**HOWREY LLP**
1111 Louisiana, 25th Floor
Houston, Texas 77002
Telephone:     (713) 787-1400
Facsimile:      (713) 787-1440

**COUNSEL FOR DEFENDANTS, RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION**

OF COUNSEL:

Harry L. "Gil" Gillam, Jr.
Texas Bar No. 07921800
Email:  gil@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 S. Washington Avenue
Marshall, Texas 75670-4157
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 15 day of October, 2009.

/s/ *Michael T. Renaud*
Michael T. Renaud