# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SAXON INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:07-CV-490-LED |
| v. | § § | |
| NOKIA CORP., ET AL. | § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |

## ORDER

Defendant Samsung's Unopposed Motion To Exceed Page Limits On Its Reply Brief In Support Of Motion To Strike Portions Of Saxon's Expert Report Regarding Infringement is herby **GRANTED**. It is ORDERED that Defendant Samsung may exceed the five page limit by two pages in its brief.

**So ORDERED and SIGNED this 19th day of October, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

1