**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SAXON INNOVATIONS, LLC** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:07-CV-490** |
| | § | |
| **NOKIA CORP., et al.** | § | |

## ORDER

Before the Court are Plaintiff Saxon Innovations, LLC's ("Saxon") Sealed Motion for Leave to Supplement Its Technical Expert Report to Include Products Using MSM7XXX-Series Chipsets (Doc. No. 384). Defendants Samsung Telecommunications America LLC, Samsung Electronics Co LTD, Samsung Electronics America Inc. (collectively "Samsung") oppose the motion (Doc. No. 415). After considering the parties' submissions, the Court **GRANTS** Saxon's motion. The Court **ORDERS** Saxon to serve any supplemental expert report including analysis of infringement of U.S. Patent No. 5,592,555 by Samsung products using MSM7XXXX-series chipsets by December 10, 2009.

**So ORDERED and SIGNED this 9th day of November, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE