IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| SAXON INNOVATIONS, LLC, | ) ) ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 6:07-CV-490-LED-JDL |
|  | ) |
| NOKIA CORP., *et al.*, | ) JURY TRIAL DEMANDED |
|  | ) |
| Defendants. | ) ) |

**ORDER**

Before the Court is Saxon Innovations, LLC's Unopposed Motion to Dismiss Claims and Counterclaims Relating to U.S. Patent No. 5,771,394 under Rules 41(a)(2), 12(b)(1) and 28 U.S.C. §§ 1331, 1338(a), 2201(a). The Court, having heard the request, is of the opinion that Saxon's motion for dismissal of all claims and counterclaims relating to U.S. Patent No. 5,771,394 should be GRANTED.

IT IS THEREFORE ORDERED that Saxon's claims of infringement relating to U.S. Patent No. 5,771,394 against Palm, Inc., Nintendo of America, Inc. and Nintendo Co. Ltd., and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC are dismissed with prejudice.

IT IS FURTHER ORDERED that counterclaims against Saxon by Palm, Inc. and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC 's relating to U.S. Patent No. 5,771,394 are dismissed without prejudice.

**So ORDERED and SIGNED this 18th day of November, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**