**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SAXON INNOVATIONS, LLC** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:07-CV-490** |
| | § | |
| **NOKIA CORP., et al.** | § | |

## ORDER

Plaintiff Saxon Innovations, LLC ("Saxon") and Defendant Palm, Inc. ("Palm") have filed a Joint Motion for leave for (1) Saxon to Supplement its Infringement Contentions and Technical Expert Report with Respect to Exhibits "Palm 2" and "Palm 7"; and (2) Palm to Supplement its Rebuttal Expert Report to Respond to Same.[1]  The Court, having considered this request, is of the opinion that their joint motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Saxon is granted leave to supplement its infringement contentions and technical expert report with respect to Exhibits "Palm 2" and "Palm 7."

IT IS FURTHER ORDERED that Defendant Palm is granted leave to file its rebuttal expert report at least five days before the deposition(s) of Palm's technical expert(s) and, in any case, no more than twenty-five days from the date Saxon provided the supplemental exhibits to Palm (i.e., on or before December 1, 2009).  **So ORDERED and SIGNED this 18th day of November, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] In the parties' joint motion they state that a Joint Motion for Saxon to Supplement its Infringement Contentions and Technical Expert Report with respect to Exhibit "Palm 7" is still pending before the Court. MOT. at 3.  The motion is not pending before the Court.  *See* Doc. No. 399.