IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS, LLC, <br><br> Plaintiff, <br> v. <br><br> NOKIA CORP., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 6:07-cv-490-LED-JDL <br><br> JURY TRIAL DEMANDED |

## **ORDER**

Plaintiff Saxon Innovations, LLC ("Saxon") and Defendant Palm, Inc. ("Palm") have filed a Joint Motion for leave for (1) Saxon to Supplement its Infringement Contentions and Technical Expert Report with Respect to Exhibit "Palm 7"; and (2) Palm to Supplement its Rebuttal Expert Report to Respond to Same.  The Court, having considered this request, is of the opinion that their joint motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Saxon is granted leave to supplement its infringement contentions and technical expert report with respect to Exhibit "Palm 7."

IT IS FURTHER ORDERED that Defendant Palm is granted leave to file its rebuttal expert report within twenty five days from the date Saxon provided the supplemental exhibits to Palm (i.e., on or before December 28, 2009).

**So ORDERED and SIGNED this 18th day of December, 2009.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE