IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS LLC,<br><br>      Plaintiff,<br>v.<br><br>NOKIA CORP. ET AL<br><br>      Defendants. | CIVIL ACTION NO. 6:07-CV-00490 |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Saxon Innovations LLC ("Saxon") and Defendant Palm, Inc. ("Palm") have settled Saxon's claims for relief against Palm and Palm's counterclaims for relief against Saxon asserted in this case.

NOW, THEREFORE, Saxon and Palm, through their attorneys of record, request this Court to dismiss Saxon's claims for relief against Palm with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same and Palm's counterclaims for relief against Saxon, without prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

January 29, 2010

Respectfully submitted,

/s/ William D. Belanger

William D. Belanger, BBO# 657184
belangerw@pepperlaw.com
Michael T. Renaud, BBO# 629783
renaudm@pepperlaw.com
 (Both admitted *pro hac vice*)
**PEPPER HAMILTON LLP**
125 High Street
Oliver Street Tower, 15th Floor
Boston, MA 02110
Phone (617) 204-5100
Fax (617) 204-5150

T.  John Ward, Jr.
State Bar No. 00794818
**WARD & SMITH LAW FIRM**
111 W. Tyler St.
Longview, Texas 75601
Phone (903) 757-6400
Fax (903) 757-2323
E-mail: jw@jwfirm.com

**COUNSEL FOR SAXON INNOVATIONS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 29th day of January, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ William D. Belanger.

William D. Belanger