IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAXON INNOVATIONS LLC,<br><br>    Plaintiff,<br>  v.<br><br>NOKIA CORP. ET AL<br><br>    Defendants. | CIVIL ACTION NO. 6:07-CV-00490 |

## UNOPPOSED MOTION TO DISMISS

WHEREAS, Plaintiff Saxon Innovations, LLC ("Saxon") and Defendants Sharp Corporation, and Sharp Electronics, Corp. (collectively "Sharp") have settled Saxon's claims for relief against Sharp and Sharp's counterclaims for relief against Saxon asserted in this case.

NOW, THEREFORE, Saxon, through their attorneys of record, requests this Court to dismiss Saxon's claims for relief against Sharp and Sharp's counterclaims for relief against Saxon, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

February 25, 2010

Respectfully submitted,

/s/ William D. Belanger

William D. Belanger, BBO# 657184
belangerw@pepperlaw.com
Michael T. Renaud, BBO# 629783
renaudm@pepperlaw.com
 (Both admitted *pro hac vice*)
**PEPPER HAMILTON LLP**
125 High Street
Oliver Street Tower, 15th Floor
Boston, MA 02110
Phone (617) 204-5100
Fax (617) 204-5150

T. John Ward, Jr.
State Bar No. 00794818
**WARD & SMITH LAW FIRM**
111 W. Tyler St.
Longview, Texas 75601
Phone (903) 757-6400
Fax (903) 757-2323
E-mail: jw@jwfirm.com

**COUNSEL FOR SAXON INNOVATIONS, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 25th day of February, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      /s/ William D. Belanger.

      William D. Belanger