**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **SAXON INNOVATIONS, LLC** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:07-CV-490** |
| | § | |
| **NOKIA CORP., et al.** | § | |

## FINAL JUDGMENT

Pursuant to the Orders dismissing the claims of all parties, the Court hereby enters Final Judgment. The dismissed Defendants in this case are: High Tech Computer Corporation, HTC America, Inc. (Doc. No. 242); Nokia Corp., Nokia Inc. (Doc. No. 277); LG Electronics Inc., LG Electronics USA Inc., LG Electronics Mobilecomm USA, Inc. (Doc. No. 320); Research in Motion Ltd., Research In Motion Corp. (Doc. No. 396); Palm Inc. (Doc. No.465); Samsung Electronics Co. Ltd., Samsung Electronics America Inc., Samsung Telecommunications America LLC (Doc. No. 466); Sharp Corp., Sharp Electronics Corp. (Doc. No. 467); and Nintendo Co. Ltd. and Nintendo of America.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED and DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 26th day of April, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**